# United States District Court
## For The Western District of North Carolina
## Statesville Division

JAMIE DANIELLE GREENE,

       Plaintiff(s),          JUDGMENT IN A CIVIL CASE

vs.         CASE NO. 5:06CV123-2-V

UNITED STATES OF AMERICA,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 17, 2006, Order.

Signed: November 17, 2006

Frank G. Johns, Clerk
United States District Court